**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA, GREAT FALLS DIVISION**

| | |
|---|---|
| KYRA KING and CARLA KING<br><br>Plaintiff,<br><br>and<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, & JOEL LAIRD AGENT OF STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, in his official and individual Capacity<br><br>Defendants. | Cause No. 4:18-cv-00124-BMM<br><br>**ORDER** |

    This Court having reviewed the Unopposed Motion to Dismiss Joel Laird as a defendant and with no objection thereto, hereby GRANTS the Plaintiffs' Motion to Dismiss Joel Laird as a Defendant in this case.

    Dated this 22nd day of January 2019

_____
Brian Morris
United States District Court Judge