# IN THE UNITED STATES DISTRICT COURT
# FOR TH DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| KYRA KING and CARLA KING, <br><br> Plaintiff, <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, John Does 1 through 60, <br><br> Defendants. | Cause No. 4:18-cv-00124-BMM <br><br><br> ORDER FOR DISMISSAL WITH PREJUDICE |

Pursuant to written stipulation by and between the parties hereto, through their respective counsel of record, that all of the claims alleged in the above-captioned matter have been fully and finally compromised and settled on the merits,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice with each party to pay their respective costs and fees of any kind or nature.

Dated this 11th day of October, 2019.

_Brian Morris_
Brian Morris
United States District Court Judge